UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

DAMSAZ, KHODAKARAM ALI

        Debtor.
_____/

Case No. 07-55155-PJS
Chapter 7
Judge: PHILLIP J. SHEFFERLY

**<u>Notice of Unclaimed Dividend</u>**

TO THE CLERK OF THE COURT:

The attached check in the amount of $964.54 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347(a). The name of each of the parties entitled to these unclaimed dividends is as follows:

| Creditor Name | Claim No. | Dividend Amount |
|---|---|---|
| Charter One Bank | 5 | $964.54 |

Dated: 01/18/2010

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor MI 48103
(734) 668-4800
dse@ellmannlaw.com